FUGAZY & ROONEY LLP
Paul P. Rooney (PR-0333)
Amanda M. Fugazy (AF-6772)
225 Broadway, 39th Floor
New York, New York 10007
(212) 346-0579
(484) 805-7022 (facsimile)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

ATISHA PAULSON, KURATO ONO, and
BRIAN PETERSON, on behalf of themselves
and other similarly situated,                                          08-CV 5529 (AKH)

                              Plaintiff,

      - against -                                                        **ENTRY OF
                                                                        APPEARANCE**

JAPOND RESTAURANT d/b/a BOND
STREET AND JONATHAN MORR

                              Defendants.

-------------------------------------------------------------------------------X

        Please enter my appearance for Defendants' Japond Restaurant d/b/a Bond Street and

Jonathan Morr in this case. I certify that I am admitted to practice in this Court.


Dated: July 21, 2008
        New York, New York


                              Respectfully submitted,

                              FUGAZY & ROONEY LLP
                              225 Broadway, 39th Floor
                              New York, New York 10007
                              (212) 346-0579
                              (484) 805-7022


                              By:_____
                              Amanda M. Fugazy (AF-6772)
                              Paul P. Rooney (PR-0333)
                              *Attorneys for Defendants*
                              *Japond Restaurant d/b/a Bond Street and*
                              *Jonathan Morr*

## AFFIDAVIT OF SERVICE

I, Allison Vieyra, hereby certify that I served a true and correct copy of the annexed ENTRY OF

APPEARANCE by means of ECF filing system:

D. Maimon Kirschenbaum (DK 2448)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
(212) 688-5640


Allison Vieyra

Sworn to this 21st
day of July, 2008


Notary Public

AMANDA FUGAZY
Notary Public, State of New York
No. 02FU6122295
Qualified in Nassau County
Commission Expires Feb. 7, 2009

FUGAZY & ROONEY LLP
Paul P. Rooney (PR-0333)
Amanda M. Fugazy (AF-6772)
225 Broadway, 39th Floor
New York, New York 10007
(212) 346-0579
(484) 805-7022 (facsimile)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

ATISHA PAULSON, KURATO ONO, and
BRIAN PETERSON, on behalf of themselves
and other similarly situated,                                           08-CV 5529 (AKH)

                                      Plaintiff,

          - against -                                                  **ENTRY OF**
                                                                       **APPEARANCE**

JAPOND RESTAURANT d/b/a BOND
STREET AND JONATHAN MORR

                        Defendants.

-------------------------------------------------------------------------------X

        Please enter my appearance for Defendants' Japond Restaurant d/b/a Bond Street and

Jonathan Morr in this case.  I certify that I am admitted to practice in this Court.


Dated: July 21, 2008
        New York, New York


                                    Respectfully submitted,

                                    FUGAZY & ROONEY LLP
                                    225 Broadway, 39th Floor
                                    New York, New York 10007
                                    (212) 346-0579
                                    (484) 805-7022


                                    By:_____
                                    Amanda M. Fugazy (AF-6772)
                                    Paul P. Rooney (PR-0333)
                                    *Attorneys for Defendants*
                                    *Japond Restaurant d/b/a Bond Street and*
                                    *Jonathan Morr*