Amanda M. Fugazy (AF-6772)
Paul P. Rooney (PR-0333)
**FUGAZY & ROONEY LLP**
225 Broadway, 39th Floor
New York, NY 10007
(212) 346-0570
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATISHA PAULSON, KURATO ONO, and
BRIAN PETERSON, on behalf of themselves
and other similarly situated,

                             Plaintiffs,         Docket No. 08-CV 5529 (AKH)
                                                    **STIPULATION**

       -against-

JAPOND RESTAURANT d/b/a BOND
STREET AND JONATHAN MORR

                            Defendants.
-----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that Defendants acknowledge proper service of the summons and complaint in this action; and

       IT IS FURTHER STIPULATED AND AGREED that the time for Defendants to answer, move or otherwise respond to the complaint is extended to and includes August 30, 2008.

Dated: New York, New York
            July 21, 2008

JOSEPH & HERZFELD LLP                              FUGAZY & ROONEY, LLP

By: _____                        By: _____
D. Maimon Kirschenbaum (DK-2448)               Amanda M. Fugazy (AF-6772)
Charles E. Joseph (CJ-9442)                             Paul P. Rooney (PR-0333)
757 Third Avenue, 25th Floor                          225 Broadway, 39th Floor
New York, NY 10017                                     New York, NY 10007
(212) 688-5640                                           (212) 346-0570
Attorneys for Plaintiffs                                Attorneys for Defendants

SO ORDERED: 7/29/08
_____
U.S.D.J.

                                                                 Dated: July _____, 2008