FUGAZY & ROONEY LLP
Paul P. Rooney (PR-0333)
Amanda M. Fugazy (AF-6772)
225 Broadway, 39th Floor
New York, New York 10007
(212) 346-0570 (telephone)
(484) 805-7022 (facsimile)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

ATISHA PAULSON, KURATO ONO, and
BRIAN PETERSON, on behalf of themselves
and other similarly situated,                                     08-CV-5529 (AKH)
                              Plaintiffs,
       - against -                                                **Fed.R. Civ.P. 7.1**
                                                      **DISCLOSURE STATEMENT**

JAPOND RESTAURANT LLC d/b/a BOND
STREET AND JONATHAN MORR

                              Defendants.

---------------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Corporate Defendant Japond Restaurant d/b/a Bond Street, hereby certifies that the herein named corporate Defendant has no parent corporations and that there is no publicly held corporation that owns 10% or more of any of its stock.

Dated:   New York, New York
            August 29, 2008

                                                Respectfully submitted,

                                                FUGAZY & ROONEY LLP

                                                By:s/Amanda M. Fugazy
                                                Amanda M. Fugazy (AF-6772)
                                                Paul P. Rooney (PR-0333)
                                                *Attorneys for Defendants*
                                                225 Broadway, 39th Floor
                                                New York, New York 10007
                                                (212) 346-0570(tel)
                                                (484) 805-7022 (fax)